# AFFIDAVIT
## of
## JOSHUA B. COOPER
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, **Joshua B. Cooper,** being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been an SA with the FBI for approximately eight years. I am currently assigned to the FBI Kansas City Division, Jefferson City Resident Agency. I am currently assigned to criminal investigations involving cyber and white-collar crimes. I have gained expertise in the conduct of such investigations through training in seminars, classes and everyday work related to these types of investigations. I have also conducted and assisted with investigations regarding computers, cell phones, and other related electronic storage devices and their use to commit and/or further crimes. I have been involved in the execution of search warrants to search residences and seize digital evidence including, but not limited to, computers, cell phones, and other related electronic storage devices.

2.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for warrants to search the: (1) premises known as 203 E. Broadway, New Franklin, MO 65274, hereinafter "PREMISES," as further described in Attachment A; and (2) a 2005 Maroon Chevrolet Equinox, VIN 2CNDL63F056018097, herein after "SUBJECT VEHICLE" for the particular things to be seized as described in Attachment B.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. This

affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

4. As discussed below, evidence gathered to date provides probable cause to believe that the owners and/or users of the 2005 Maroon Chevrolet Equinox, VIN 2CNDL63F056018097 attempted to rob the Exchange Bank of Missouri, located in New Franklin, Missouri on September 9, 2023.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2113(a) [Bank Robbery] and 18 U.S.C. § 1951(a) [Hobbs Act] have been committed by unidentified subject(s) associated with the information described in this affidavit and in Attachment A. There is also probable cause to search the information described in Attachment A for evidence, fruits, and instrumentalities of these crimes as further described in Attachment B.

## PROBABLE CAUSE

6. On September 9, 2023, the Missouri Information Analysis Center (MIAC) released an alert to law enforcement personnel of an attempted robbery of Exchange Bank of Missouri in New Franklin, Missouri that occurred that morning by an unknown male suspect armed with an AR-15 style rifle and carrying a black bag. The suspect was described as approximately 5'10" tall wearing a black hooded sweatshirt, black pants, black boots, black glasses and a white facemask. The MIAC alert reported the suspect was believed to have entered an older-model maroon Chevrolet Equinox with no registration, The following photographs were included with the MIAC alert:



7. Video from a surveillance camera mounted on the exterior of Exchange Bank of Missouri, 102 E. Broadway Street, New Franklin, MO, was acquired and reviewed. This video captured traffic on E. Broadway Street on September 9, 2023, from approximately 09:15:28 to 09:30:26. This video recorded a red/maroon Chevrolet Equinox driving westbound on E. Broadway Street at approximately 09:19:02. An individual who appeared to be carrying a rifle attempted to enter Exchange Bank of Missouri at approximately 09:24:34, but the door was locked. Another individual is visible in the driver's seat of the Equinox as the suspect walks towards the bank.

8. Video from two surveillance cameras mounted on the exterior of Jennings Premium Meats, 125 E. Broadway Street, New Franklin, MO, was acquired and reviewed. These videos captured traffic on E. Broadway Street on September 9, 2023, from approximately 9:18am to 9:26am. These videos recorded a red/maroon Chevrolet Equinox driving westbound on E. Broadway Street at approximately 09:18:51. An individual walked away from Exchange Bank of Missouri and entered the passenger side of the parked Equinox at approximately 09:24:48. The Equinox then departed eastbound on E. Broadway Street, turning southbound onto S. Howard Street at approximately 09:25:01.

9. The video surveillance also showed peculiarities and unique damage on the SUBJECT VEHICLE described above. These unique features are described below.

    a. The driver's side wheels each have intact center caps whereas the center caps are

both missing on the passenger side of the SUBJECT VEHICLE. The below still images are taken from the above-described surveillance video.





b. On the tailgate of the SUBJECT VEHICLE, below the branding, there is a white or light-colored rectangular sticker.



c. Visible on the rear passenger side fender area of the SUBJECT VEHICLE there is a dent and what appears to be a rust spot visible.



d. An object can be seen hanging from the rearview mirror of the SUBJECT VEHICLE.



e. Both rear tires of the SUBJECT VEHICLE are covered in a dirt or dust-like substance, particularly on the passenger side.

 

10. These same peculiarities and unique damage can be seen on the Chevrolet Equinox located by FBI Agents at 203 E. Broadway, New Franklin, MO 65274, on October 30, 2023. The home at this address is owned by Jacob Hessing and Tristen Hessing. This vehicle is registered to Tristen Hessing at the above address. The license plate number is EK1E7L, State of Missouri. Below are corresponding photographs taken by FBI Agents on October 30, 2023 for the various peculiarities seen on the video surveillance described above.

a. The wheel caps on the driver's side on the Chevrolet Equinox located at 203 E.

Broadway, New Franklin, MO 65274 remain intact, and the wheel caps on the passenger side are missing:






b. Below the Equinox branding on the driver's side of the tailgate there is a rectangular white sticker on the Chevrolet Equinox located at 203 E. Broadway, New Franklin, MO 65274.



c. On the rear passenger side fender area of the Chevrolet Equinox located at 203 E. Broadway, New Franklin, MO 65274 there is a dent and what appears to be a rust spot.



d. An object was seen hanging from the rearview mirror of the Chevrolet Equinox located at 203 E. Broadway, New Franklin, MO 65274.

e. Dirt or dust is seen on the rear tires of the Chevrolet Equinox located at 203 E. Broadway, New Franklin, MO 65274.

## CONCLUSION

11. I submit that this affidavit supports probable cause for a warrant to search the

Premises and the Subject Vehicle described in Attachment A and to seize the items described in Attachment B.

12.  Based on the forgoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c).

13.  The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

_____
Joshua B. Cooper
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone on this, the 30th day of October, 2023.

_____
Willie J. Epps, Jr.
United States Magistrate Judge